UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STRIKE 3 HOLDINGS, LLC,
                      Plaintiff,

              -against-

JOHN DOE,
                      Defendant.
------------------------------------------------------------X

22 Civ. 1620 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated March 3, 2022, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference.

    WHEREAS, the initial pretrial conference is currently scheduled for April 20, 2022, at 4:30 p.m.

    WHEREAS, Defendant has not appeared, and Plaintiff has not filed proof of service on the docket.

    WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

    **ORDERED** that if Plaintiff has been in communication with Defendant, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **April 18, 2022**, at **noon**. If Plaintiff has not been in communication with Defendant, it shall file a status letter regarding its efforts to serve Defendant and request an adjournment of the initial conference as soon as possible and no later than **April 18, 2022**, at **noon**.

Dated: April 14, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE